# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

TRAVIS DORIAN LONG                                                                       PLAINTIFF

V.                                           NO: 4:12CV00397 BRW

EVANS *et al.*                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of July, 2012.

/s/  Billy Roy Wilson
UNITED STATES DISTRICT JUDGE